```
Kevin Melly.                        :   The United States District Court
                                    :           District of New Jersey
              Plaintiff,            :
                                    :
       vs.                          :
                                    :
                                    :   Civil
                                    :   Docket Number 09-4788(DRD)(MAS)
A&S Collection Associates, Inc.     :
2847 RT 14                          :
Williamstown, VT 05679,             :          Stipulation of
                                    :   Dismissal As to Defendant A&S
                                    :      Collection Associates, Inc.
                                    :
Equifax Credit Information          :
Services, Inc.                      :
P.O. Box 740241                     :
Atlanta, GA 30374                   :
              Defendants            :
```

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Kevin Melly and Defendant A&S Collection Associates Inc. that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) this action be dismissed against Defendant A&S Collection Associates Inc., as settled, with each party to bear their own costs incurred within.

ON BEHALF OF PLAINTIFF,

Sign Name: _____*[signature]*_____           Dated: April 5, 2010
           Kevin Melly
           Plaintiff

ON BEHALF OF DEFENDANT A&S COLLECTION ASSOCIATES, INC.,

Sign Name: _**Michele Brown**_                Dated: April 5, 2010
           Michele Brown
           Defendant A&S Collection Associates, Inc.

SO ORDERED:

_____*[signature]*_____
Hon. Dickinson R. Debevoise, U.S.D.J.

April 12, 2010